450 A.2d 200

Commonwealth v. Watson, Appellant.

Submitted February 22, 1982. James Robert Protasio, Assistant Public Defender, for appel-

lant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.